CHRISTIAN L. MOORE, ESQ. (SBN 3777)
LAXALT LAW GROUP, LTD.
9790 Gateway Drive, Suite 200
Reno, NV 89521
Tel: (775) 322-1170
cmoore@laxaltlaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA EILEEN MORRISON,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,[1] COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, and DOES 1 through 10,<br><br>Defendants. | Case No: 3:24-CV-00474-RFB-CLB<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Sandra Eileen Morrison, and Frank Bisignano, Commissioner of Social Security Administration, by and through their undersigned attorneys, and in accordance with FRCP 41(a)(1)(A)(ii), hereby stipulate and agree that this matter may be dismissed without prejudice with each party to bear its own fees and costs.

Dated this 20th day of June, 2025.

By: */s/ Christian L. Moore, Esq.*
CHRISTIAN L. MOORE, (SBN 3777)
Laxalt Law Group, Ltd.
9790 Gateway Drive, Suite 200
Reno, NV 89521
Tel: (775) 322-1170
*Attorneys for Plaintiff*

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

Dated this 20th day of June, 2025.

SIGAL CHATTAH
United States Attorney, Nevada Bar No. 7709

*/s/ Angela Thornton-Millard*
ANGELA THORNTON-MILLARD, Iowa Bar
Special Assistant United States Attorney Office of
the General Counsel Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235

**IT IS SO ORDERED**.

**IT IS FURTHER ORDERED** that the (ECF No. 29) Stipulation is **DENIED** as moot.

DATED this 20th day of June, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Section IV of the District of Nevada Electronic Filing Procedures, I hereby certify that I am an employee of LAXALT LAW GROUP, LTD., and that I caused to be served a true and correct copy of the foregoing *STIPULATION FOR DISMISSAL* by U. S. Mail and E-Service by filing the foregoing with the Clerk of Court using the CM/ECF system, which will electronically mail the filing to the following address:

SIGAL CHATTAH
United States Attorney, Nevada Bar No. 7709
ANGELA THORNTON-MILLARD, Iowa Bar, Special Assistant United States Attorney
Office of the General Counsel Social Security Administration 6401 Security Boulevard
Baltimore, MD 21235
Telephone: (816) 936-5079

DATED this 20th day of June, 2025.

*/s/ Kathie Martin*
KATHIE MARTIN